United States District Court

For The Central District of California

| | |
|---|---|
| United States of America, | Case No 18 CR 172-GW |
| Plaintiff, | **ORDER RE: EX PARTE APPLICATOIN [RELEASING] OR [TRANSPORTING] DEFENDANT FOR ONE DAY TO ATTEND THE FUNERAL OF HIS MOTHER;** |
| v. | |
| Michael Lerma, | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN,** the Court hereby Orders that Defendant Michael Lerma be temporarily released on furlough for one day, July 27, 2025, so he may attend his mother's funeral, under the following conditions:

DATED: _____

_____
HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE

1

[IN CASE OF DENIAL]

**GOOD CAUSE NOT HAVING BEEN SHOWN,** the Court hereby denies the Ex Parte Application for release.

Dated:_____

HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE