KENNETH M. MILLER (SBN 151874)
Ken@KMMillerLaw.com
26944 Camino de Estrella, Suite B
Capistrano Beach, California 92624
Phone: 949-388-3440

RICHARD G. NOVAK (SBN 149303)
Richard@RGNLaw.com
P. O. Box 5549
Berkeley, CA 94705
Phone: 626-578-1175; Fax: 626-685-2562

**Attorneys for Defendant
CARLOS GONZALEZ**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LERMA, ET AL.,<br><br>Defendants. | **BEFORE THE HONORABLE GEORGE WU**<br><br>Case No.: CR 18-00172-GW<br><br>**DEFENDANTS' EXHIBIT LIST FOR RULE 33 EVIDENTIARY HEARING**<br><br>**DATE OF HEARING: 1/5/2026**<br><br>**TIME OF HEARING: 8:00 A.M.** |
|---|---|

Defendants, by and through their counsel of record, hereby submit their exhibit list for the January 5, 2026 evidentiary hearing on their Rule 33 motion in this matter.

## DEFENDANTS' EXHIBIT LIST

**EXHIBITS:**

A. Declaration of Johnny Macias dated September 19, 2025
B. Declaration of Daniel Navarro dated September 21, 2025
C. Inmate History Quarters - Johnny Macias (LS 28525-26)
D. Inmate History Quarters - Daniel Navarro (LS 28531-33)
E. Inmate History Quarters - Jose Martinez (LS 28527-30)
F. ECF 1860 Order of Detention - Jose Martinez

Dated: January 4, 2026         Respectfully submitted,

　　　　　　　　　　　　　　　　 s/ Richard G. Novak
　　　　　　　　　　　　　　　　Richard G. Novak
　　　　　　　　　　　　　　　　Kenneth M. Miller
　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT CARLOS GONZALEZ**